IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORJALON EVANS**                                                                              **PLAINTIFF**

v.                        Case No. 4:20-cv-01497-LPR-JJV

**TIERA ROSS or RAWS,**
**Deputy, Brassell Detention Center**                                 **DEFENDANT**

## ORDER

      The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. (Doc. 5). There have been no objections. After a careful and *de novo* review of the proposed findings and recommendations, as well as the record, the Court adopts the proposed findings and recommendations in their entirety.

      Accordingly, Plaintiff may proceed with his failure to protect and discrimination claims against Defendant in her individual capacity only. Plaintiff's official capacity claims against Defendant are DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

      IT IS SO ORDERED this 20th day of April 2021.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE