IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CORJALON EVANS                                                                                    PLAINTIFF

v.                                              4:20-cv-01497-LPR-JJV

TIERA ROSS, Deputy,
Dub Brassell Adult Detention Center                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Corjalon Evans ("Plaintiff") was a pretrial detainee at the Dub Brassell Adult Detention Center when he commenced this *pro se* lawsuit pursuant to 42 U.S.C. § 1983. (Doc. 2.) Soon thereafter, I granted Plaintiff permission to proceed *in forma pauperis* and explained his obligation under Local Rule 5.5(c)(2) to maintain a valid mailing address with the Clerk of Court. (Doc. 3.) Importantly, I told Plaintiff his case could be dismissed if he failed to do so.

On July 27, 2021, an Order sent to Plaintiff at the detention center was returned undelivered because he was released from custody without providing the Clerk with a forwarding address. (Docs. 17, 18.)  On the same day, I ordered Plaintiff to file an updated address and a new *in forma pauperis* application regarding his financial status since his release from custody.  (Doc. 19.) And, I reminded him this case would be dismissed if he failed to comply with my instructions.

Plaintiff has not responded to my Order, and the time to do so has expired.  Because the Clerk does not have valid address for Plaintiff, it would be futile to grant him an extension of time to comply with my instructions.  Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 1st day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE