**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CORJALON EVANS**                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:20-cv-01497-LPR**

**TIERA ROSS, Deputy,
Dub Brassell Adult Detention Center**                                          **DEFENDANT**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe.   (Doc. 22).   There have been no objections, and the time for such objections has expired.   After a careful and *de novo* review of the proposed findings and recommendations, as well as the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice due to lack of prosecution.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order is considered frivolous and not in good faith.

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE