IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORJALON EVANS**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　Case No. 4:20-cv-01497-LPR

**TIERA ROSS, Deputy,**
**Dub Brassell Adult Detention Center**　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE